UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN FERNANDEZ, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC. a Corporation, and DOES 1-20 inclusive,<br><br>Defendants. | Case No.  2:11 CV-08048-SVW-PJW<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Stipulation to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice.  The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: 12/15/2011



HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE